UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
**BEFORE: CAROL BAGLEY AMON, U.S.D.J.**

DATED: 12/18/19   TIME: 3:20 (20 min)



CRIMINAL CAUSE FOR: Initial Arraignment

DOCKET #: CR19-00594

DEFENDANT: Raysaun Slaughter-b   ATTORNEY: Michael Schneider F/D

DEFENDANT:   ATTORNEY:

DEFENDANT:   ATTORNEY:

ASSISTANT U.S. ATTORNEY: Kayla Bensing on behalf of Michael Gibaldi

COURT REPORTER: Lisa Schmid

INTERPRETER:

PROBATION OFFICER:

PRETRIAL OFFICERS: Ramel Moore   DEPUTY: T. Campbell

Deft arraigned on one sole count (1).
Deft entered a plea of not guilty.
Defense counsel received discovery.
Time is excluded until 1/8/20 for plea discussions.
The next status conference will be 1/8/20 at 2 pm.
The Court advised deft to discuss with Pretrial Services in the Northern District about possible curfew modifications for the purpose of work.