UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
**BEFORE: CAROL BAGLEY AMON, U.S.D.J.**

DATED: 9/14/20     TIME: 12:00 pm (30 mins.)

CRIMINAL CAUSE FOR: Plea

DOCKET #: CR19-00594

DEFENDANT: Raysaun Slaughter-b     ATTORNEY: Justin C Bonus, Esq.

DEFENDANT:     ATTORNEY:

DEFENDANT:     ATTORNEY:

ASSISTANT U.S. ATTORNEY: Michael Wallace Gibaldi

COURT REPORTER: Anthony Frisolone

INTERPRETER:

PROBATION OFFICER:

PRETRIAL OFFICERS:     DEPUTY: T. Campbell

Conference held.
Deft. made an application to plea guilty and withdraw previous not guilty plea.
Deft. sworn & advised.
Deft. entered a plea of guilty to the single count in the indictment.
Guilty plea accepted by the Court.
Sentencing schedule is as follows: PSI report due 12/7/20; Deft letter due 12/21/20; Govt response due 12/28/20; and Sentencing will be held on 1/4/2021 at 10 am.